IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOB SAVAGE,

    Plaintiff,                    No. 2:08-cv-1346 LKK JFM (PC)

   vs.

SUZAN HUBBARD, et al.,

    Defendants.           <u>ORDER</u>

_____/

      Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

      On September 9, 2008, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Zue was returned unserved because the facility to which the process was sent reported that the individual was not employed there and the report from the CDCR locator was that the individual is not in the database. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,

3  along with an instruction sheet and a copy of the complaint filed June 16, 2008;

4  2. Within sixty days from the date of this order, plaintiff shall complete and

5  submit the attached Notice of Submission of Documents to the court, with the following

6  documents:

7  a. One completed USM-285 form for each defendant;

8  b. Two copies of the endorsed complaint filed June 16, 2008; and

9  or show good cause why he cannot provide such information.

10  DATED: November 6, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12/ke
sava1346.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOB SAVAGE,

     Plaintiff,   No. 2:08-cv-1346 LKK JFM (PC)

  vs.

SUZAN HUBBARD, et al.,   NOTICE OF SUBMISSION

     Defendants.   OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____ completed summons form

     _____ completed USM-285 forms

     _____ copies of the _____
                              Complaint/Amended Complaint

DATED:

                                              _____
                                              Plaintiff