IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BOB SAVAGE,** | 2:08-cv-1346 LKK JFM (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **SUZAN HUBBARD, ET AL.,** | |
| Defendants. | |

On November 4, 2008, Defendants Williams, Grannis, Gibbs, Shelton, Andreasen, Sabin, Borbe, Johns, Duffy, and Hubbard filed an ex parte application to extend the time to file their response to Plaintiff Bob Savage's complaint.

Good cause having been presented to the Court and good cause appearing, Defendants are granted an additional thirty days to file their response to Plaintiff's complaint. Defendants' response is due on or before December 10, 2008.

IT IS SO ORDERED.

Dated: November 6, 2008.

UNITED STATES MAGISTRATE JUDGE

/sava1346.ext

1