IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOB SAVAGE,

    Plaintiff,                    No. 2:08-cv-1346 LKK JFM (PC)

    vs.

SUZAN HUBBARD, et al.,

    Defendants.             <u>ORDER</u>

_____/

    Plaintiff has requested an extension of time to file and serve an opposition to defendants' December 10, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's December 19, 2008 application for an extension of time is granted; and

    2. Plaintiff shall file and serve an opposition to defendants' December 10, 2008 motion to dismiss on or before January 30, 2009. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: January 14, 2009.

                                                        UNITED STATES MAGISTRATE JUDGE

12/mp; sava1346.36