1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BOB SAVAGE,

11           Plaintiff,              No. 2:08-cv-1346 LKK JFM (PC)

12      vs.

13   SUZAN HUBBARD, et al.,

14           Defendants.            ORDER

15   _____/

16         Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil

17   rights action pursuant to 42 U.S.C. § 1983.  Several matters are pending before the court.

18         By order filed September 9, 2008, the court directed the United States Marshal to

19   serve process on defendants Hubbard, Andreasen, Sabin, Grannis, Zue, Gibbs, Duffy, Williams,

20   Johns, Shelton and Borbe.  On October 9, 2008, summons directed to defendant Zue was

21   returned unexecuted.  On November 7, 2008, plaintiff was directed to complete and return forms

22   necessary to effect service on defendant Zue.  On December 10, 2008, defendants Hubbard,

23   Andreasen, Sabin, Grannis, Gibbs, Duffy, Williams, Johns, Shelton and Borbe filed a motion to

24   dismiss pursuant to Fed. R. Civ. P. 12(b)(6).  On December 19, 2008, plaintiff submitted forms

25   for service of process completed for an individual named Zhu.  On December 19, 2008, plaintiff

26   filed an application for an extension of time to file an opposition to defendants' motion to

1

dismiss, which was granted by order filed January 14, 2009.  On January 22, 2009, plaintiff filed a request for leave to amend his complaint together with an amended complaint.  On January 28, 2009, plaintiff filed an opposition to defendants' motion to dismiss.  On January 29, 2009, defendants filed a request for an extension of time to file an opposition to plaintiff's request for leave to amend.  On February 6, 2009, defendants filed a statement of non-opposition to plaintiff's request to amend.  In the statement of non-opposition, defendants withdraw their December 10, 2008 motion to dismiss.  On February 6, 2009, plaintiff's wife filed a letter complaining about alleged retaliation against plaintiff.  On the same day, plaintiff filed objections to defendants' request for extension of time.

Review of the record shows that defendants' response to plaintiff's request for leave to amend was timely filed.  See Order filed September 9, 2008, at ¶ 7.  Defendants' January 29, 2009 request for extension of time and plaintiff's objection thereto are therefore moot and on that basis will be denied and overruled, respectively.

Plaintiff is proceeding pro se in this action and is the sole plaintiff.  Any request for court action must be filed by plaintiff himself, and not by his wife or any other individual acting on his behalf.  The court will not take any further action on the February 6, 2009 letter from plaintiff's wife.

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).

A claim is legally frivolous when it lacks an arguable basis either in law or in fact.  Neitzke v. Williams, 490 U.S. 319, 325 (1989); Franklin v. Murphy, 745 F.2d 1221, 1227-28 (9th Cir. 1984).  The court may, therefore, dismiss a claim as frivolous where it is based on an

2

1    indisputably meritless legal theory or where the factual contentions are clearly baseless.  Neitzke,

2    490 U.S. at 327.  The critical inquiry is whether a constitutional claim, however inartfully

3    pleaded, has an arguable legal and factual basis.  See Jackson v. Arizona, 885 F.2d 639, 640 (9th

4    Cir. 1989); Franklin, 745 F.2d at 1227.

5             Rule 8(a)(2) of the Federal Rules of Civil Procedure "requires only 'a short and

6    plain statement of the claim showing that the pleader is entitled to relief,' in order to 'give the

7    defendant fair notice of what the . . . claim is and the grounds upon which it rests.'"  Bell Atlantic

8    Corp. v. Twombly, __ U.S. __, 127 S.Ct. 1955, 1964 (2007) (quoting Conley v. Gibson, 355 U.S.

9    41, 47 (1957)).  In order to survive dismissal for failure to state a claim a complaint must contain

10   more than "a formulaic recitation of the elements of a cause of action;" it must contain factual

11   allegations sufficient "to raise a right to relief above the speculative level."  Bell Atlantic, id.

12   However, "[s]pecific facts are not necessary; the statement [of facts] need only '"give the

13   defendant fair notice of what the . . . claim is and the grounds upon which it rests."'"  Erickson

14   v. Pardus, __ U.S. __, 127 S.Ct. 2197, 2200 (2007) (quoting Bell, slip op. at 7-8, in turn quoting

15   Conley v. Gibson, 355 U.S. 41, 47 (1957)).  In reviewing a complaint under this standard, the

16   court must accept as true the allegations of the complaint in question, Erickson, id., and construe

17   the pleading in the light most favorable to the plaintiff.  Scheuer v. Rhodes, 416 U.S. 232, 236

18   (1974).

19            Plaintiff names fourteen defendants in the amended complaint filed June 16, 2008,

20   including Joseph  Bick, M.D., and R. Perez.  Although there are requests for injunctive relief that

21   refer to Dr. Bick, there are no charging allegations against either Dr. Bick or R. Perez.

22   Accordingly, the court will not order service of process on either of these individuals.

23            The amended complaint states a cognizable claim for relief against the remaining

24   named defendants pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of

25   the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this

26   action.

1    Ten of the twelve defendants against whom the amended complaint states a

2    cognizable claim for relief have already appeared in the action.  Those defendants will be

3    directed to respond to the amended complaint within thirty days from the date of this order.  Two

4    of the defendants, Dr. Zhu and Officer Chanan, have not yet been served with process.  Good

5    cause appearing, counsel for defendants Hubbard, Andreasen, Sabin, Grannis, Gibbs, Duffy,

6    Williams, Johns, Shelton and Borbe will be directed to inform the court in ten days whether

7    counsel will accept service on behalf of defendants Zhu and Chanan.

8          In accordance with the above, IT IS HEREBY ORDERED that:

9          1.  Defendants' December 10, 2008 motion to dismiss is withdrawn.

10         2.  Plaintiff's January 22, 2009 request for leave to amend is granted.

11         3.  Defendants' January 29, 2009 request for extension of time and plaintiff's

12    February 6, 2009 objection thereto are denied and overruled, respectively.

13         4.  The February 6, 2009 letter from plaintiff's wife shall be disregarded.

14         5.  The amended complaint states a cognizable claim for relief against the

15    following defendants:  Suzan Hubbard; R. L. Andreasen, M.D.; Manuel Sabin, M.D.; N. Grannis;

16    Dr. Zhu, M.D.; M. Gibbs, S.RN; Captain Duffy; Sergeant P. Williams; Sergeant Johns; Officer

17    R. Shelton; Officer Borbe, and Officer Chanan.

18         6.  Within ten days from the date of this order, counsel for defendants Hubbard,

19    Andreasen, Sabin, Grannis, Gibbs, Duffy, Williams, Johns, Shelton and Borbe shall inform the

20    court in writing whether counsel will accept service of process on behalf of defendants Zhu and

21    Officer Chanan.

22         7.  Within thirty days from the date of this order, defendants Hubbard, Andreasen,

23    Sabin, Grannis, Gibbs, Duffy, Williams, Johns, Shelton and Borbe shall file and serve a response

24    to plaintiff's amended complaint.

25         8.  The Clerk of the Court shall send plaintiff two USM-285 forms, one summons,

26    an instruction sheet and a copy of the complaint filed January 22, 2009.

4

1      5.  Within thirty days from the date of this order, plaintiff shall complete the

2 attached Notice of Submission of Documents and submit the following documents to the court:

3      a.  The completed Notice of Submission of Documents;

4      b.  One completed summons;

5      c.  One completed USM-285 form for defendant Zhu[1] and one completed

6      USM-285 form for defendant Chanan; and

7      d.  Three copies of the endorsed amended complaint filed January 22,

8      2009.

9      6.  Plaintiff need not attempt service on defendants and need not request waiver of

10 service.  Upon receipt of the above-described documents, the court will direct the United States

11 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

12 without payment of costs.

13 DATED: February 19, 2009.

15 UNITED STATES MAGISTRATE JUDGE

17 12
18 sava1346.1am

---

[1]  Plaintiff shall complete and return new forms for defendant Zhu notwithstanding his previous submission in compliance with the court's November 7, 2008 order.

5

1

2

3

4

5

6

7

8                                    IN THE UNITED STATES DISTRICT COURT

9                                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BOB SAVAGE,

11                  Plaintiff,                              No. 2:08-1346 LKK JFM (PC)

12            vs.

13   SUZAN HUBBARD, et al.,                                NOTICE OF SUBMISSION

14                  Defendants.                            OF DOCUMENTS

15   _____/

16            Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18            _____        completed summons form

19            _____        completed USM-285 forms

20            _____        copies of the _____
                                          Amended Complaint

21   DATED:

22

23                                                    _____

24                                                    Plaintiff

25

26