IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOB SAVAGE,

    Plaintiff,      No. 2:08-cv-1346 LKK JFM (PC)

    vs.

SUZAN HUBBARD, et al.,

    Defendants.      <u>ORDER</u>

_____/

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C.§ 1983. On March 2, 2009, plaintiff filed a request for injunctive relief, and on March 4, 2009, plaintiff filed a letter in support of the request. Good cause appearing, IT IS HEREBY ORDERED that on or before March 12, 2009 defendants shall file and serve a response to plaintiff's request for injunctive relief.

DATED: March 6, 2009.

                                        UNITED STATES MAGISTRATE JUDGE

12;sava1346.o

1