IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOB SAVAGE,

    Plaintiff,               No. 2:08-cv-1346-LKK-JFM (PC)

    vs.

SUZAN HUBBARD, et al.,

    Defendants.            ORDER

/

        Plaintiff has requested an extension of time to file an opposition to defendants' March 23, 2009 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 31, 2009 application for an extension of time is granted; and

        2. Plaintiff is granted forty-five days from the date of this order in which to file and serve an opposition to defendants' March 23, 2009 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: April 14, 2009.

                              UNITED STATES MAGISTRATE JUDGE

12;sava1346.ext

1