IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOB SAVAGE,

    Plaintiff,                 No. 2:08-cv-1346 LKK JFM (PC)

    vs.

SUZAN HUBBARD, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 16, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days and any reply to objections were to be filed within fourteen days thereafter. Plaintiff and defendants have each filed objections to the findings and recommendations and plaintiff has filed a reply to defendants' objections.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the

entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 16, 2009, are adopted in full;

2. The March 23, 2009 motion of defendants Andreasen, Hubbard, Grannis, Gibbs, Duffy, Chanan and Williams to dismiss is granted as to plaintiff's claims against defendants Hubbard and Grannis and as to plaintiff's requests for injunctive relief and denied in all other respects;

3. Defendant Zhu's October 28, 2009, motion to dismiss is denied; and

4. Defendants Andreasen, Gibbs, Duffy, Chanan, Williams and Zhu shall answer the amended complaint within ten days from the date of this order.

DATED: March 10, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2