IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOB SAVAGE,

     Plaintiff,                     No. 2:08-cv-1346 LKK JFM (PC)

    vs.

SUZAN HUBBARD, et al.,

     Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 12, 2010, plaintiff filed a motion to compel further responses to his first request for production of documents. Plaintiff also seeks expenses. Defendants oppose the motion.

        The discovery request at issue was the subject of an order filed December 23, 2009, in which defendants were granted forty-five days to respond to the request. Order filed December 23, 2009, at 3. Although it is not entirely clear from the motion before the court, it appears that defendants' response to the request consisted entirely of objections. Plaintiff contends generally that it is apparent that "each and every document requested by the Plaintiff is reasonably relevant to the case and that it is not privileged in any way." Motion, filed February 12, 2010, at 2. However, plaintiff has not included a copy of either the discovery request or the

1  contested responses. For that reason, the court is unable to evaluate the merits of plaintiff's
2  general challenge to defendants' responses and finds, therefore, that plaintiff has failed to meet
3  his burden on the motion before the court. Accordingly, plaintiff's motion to compel and his
4  request for expenses will be denied.
5        For the foregoing reasons, IT IS HEREBY ORDERED that plaintiff's February
6  12, 2010 motion to compel and for expenses is denied.
7  DATED: April 6, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
sava1346.mtc