IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOB SAVAGE,

    Plaintiff,                            No. 2:08-cv-1346 LKK JFM (PC)

    vs.

SUZAN HUBBARD, et al.,

    Defendants.             <u>ORDER</u>

          On March 15, 2010, plaintiff filed a document styled as objections to the magistrate judge's amended discovery and scheduling order filed March 4, 2010. The court construes this as a request for reconsideration of the magistrate judge's order. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.[1]

          Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 4, 2010, is affirmed.

////

////

---

[1] The court informs plaintiff that the local rules were renumbered on December 1, 2009, eliminating the initial digits and hyphen. For example, former rule 16-281 is now rule 281.

1  DATED:  April 7, 2010.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2