IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOB SAVAGE,

      Plaintiff,                     No. 2:08-cv-1346 LKK JFM (PC)

   vs.

SUZAN HUBBARD, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 21, 2010, plaintiff filed a letter addressed to the undersigned, in which he requests reassignment of this action to a new magistrate judge. Plaintiff predicates his request on 28 U.S.C. § 144, which provides for reassignment of an action to a new judge upon a "timely and sufficient" showing of personal bias or prejudice of an assigned judge. Plaintiff has not made the showing required by 28 U.S.C. § 144.

/////

/////

/////

/////

/////

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's June 21, 2010 motion is
2 denied.
3 DATED: June 30, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT