IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOB SAVAGE,

        Plaintiff,                  No. 2:08-cv-1346-LKK-JFM (PC)

   vs.

SUZAN HUBBARD, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Defendants have requested an extension of time to file an opposition to plaintiff's July 20, 2010 motion to compel. Good cause appearing, the request will be granted and defendants' opposition to plaintiff's motion to compel will be due on or before September 17, 2010. Defendants shall respond to plaintiff's July 12, 2010 request for an extension of time to respond to interrogatories by the same date.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Defendants' July 27, 2010 motion for extension of time is granted;

        2. Defendants' opposition to plaintiff's motion to compel shall be filed and served on or before September 17, 2010 and defendants shall respond to plaintiff's July 12, 2010 request for an extension of time to respond to interrogatories by the same date; and

/////

1

3. Plaintiff's reply brief in support of his motion to compel shall be filed and served on or before October 1, 2010.

DATED: August 5, 2010.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

12
sava1346.36(4)