IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOB SAVAGE,

       Plaintiff,                      No. 2:08-cv-1346 LKK JFM (PC)

    vs.

SUZAN HUBBARD, et al.,

       Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On August 6, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

In his July 12, 2010 response to an order to show cause issued by the magistrate judge, plaintiff requests that the referral of this action to a United States Magistrate Judge be vacated and that all further proceedings in this action be conducted before the undersigned. Plaintiff has not shown any grounds which warrant such an order. Plaintiff's request will therefore be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 6, 2010, are adopted in full;

2. Plaintiff's March 15, 2010 motion is denied; and

3. Plaintiff's July 12, 2010 request to vacate the referral of this matter to a United States Magistrate Judge is denied.

DATED: November 22, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT