IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOB SAVAGE,

      Plaintiff,                      No. 2:08-cv-1346 LKK JFM (PC)

   vs.

SUZAN HUBBARD, et al.,

      Defendants.            <u>ORDER</u>

                              /

         On February 11, 2011, plaintiff filed a request for reconsideration of the magistrate judge's order filed January 28, 2011, extending the deadline for filing dispositive motions in this action. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

         Plaintiff also moves the undersigned to recuse the magistrate judge from this action pursuant to 28 U.S.C. § 455. While this court finds no merit in plaintiff's motion, it should be addressed, if at all, to the magistrate judge. Plaintiff's motion will be denied.

         In accordance with the above, IT IS HEREBY ORDERED that:

/////

1

1. Upon reconsideration, the order of the magistrate judge filed January 28, 2011, is affirmed.

2. Plaintiff's motion for recusal of the magistrate judge is denied.

DATED: March 25, 2011.

```
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```