IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOB SAVAGE,

       Plaintiff,                          No. 2:08-cv-1346 LKK JFM (PC)

   vs.

SUZAN HUBBARD, et al.,

       Defendants.                <u>ORDER</u>

          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 17, 2010, plaintiff filed a motion for a court order requiring defendants to permit him to review his deposition transcript. By order filed March 21, 2011, defendants were directed to respond to that motion within ten days. On March 29, 2011, defendants filed a response. With their response, defendants have presented evidence that between November 3, 2010 and February 8, 2011, plaintiff has reviewed his deposition transcript for periods totaling more than four hours. <u>See</u> Declaration of K. Allen in Support of Response to Court Order, filed March 29, 2011, at ¶ 3. Plaintiff's motion is moot and will therefore be denied.

/////

/////

/////

1   In accordance with the above, IT IS HEREBY ORDERED that plaintiff's
2   November 17, 2010 motion for an order to review his deposition transcript is denied.
3   DATED: April 4, 2011.

4
5   _____
    UNITED STATES MAGISTRATE JUDGE
6
7   12
    sava1346.o2
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26