IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOB SAVAGE,

     Plaintiff,                    No. 2:08-cv-1346 LKK JFM (PC)

    vs.

SUZAN HUBBARD, et al.,

     Defendants.                ORDER

                          /

         On April 18, 2011, plaintiff filed a document styled as objections to the magistrate judge's March 18, 2011 order denying plaintiff's motion for protective order and requiring plaintiff to respond within forty-five days to interrogatories propounded by defendants. The court construes this document as a request for reconsideration of said order.

         Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that upon reconsideration, the order of
2  the magistrate judge filed March 18, 2011, is affirmed.
3  DATED: May 24, 2011.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```